UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CARON LaBRECQUE,                              \*
                                              \*
        Plaintiff,            \*
                                              \*
v.                                            \*   CIVIL ACTION NO. 04-30089-KPN
                                              \*
HAMPSHIRE COMMUNITY ACTION                    \*
COMMISSION, INC.,                             \*
                                              \*
        Defendant.            \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXTENSION OF TIME

The Defendant, Hampshire Community Action Commission, respectfully requests an extension of time in which to answer or otherwise respond to the Plaintiff's Complaint, served on the Defendant on July 9, 2004. In support of this Motion, the Defendant represents as follows:

1. Counsel for the Defendant, Susan G. Fentin, only recently received a copy of the Complaint.

2. The Complaint is extremely detailed and requires substantial investigation to determine an appropriate response to each allegation.

3. Attorney Fentin has contacted counsel for the Plaintiff, Hugh Heisler, who represents that he has no objection to this request for an extension of time.

WHEREFORE, the Defendant requests that the deadline for answering or otherwise responding to the Complaint be extended thirty days or until August 30, 2004.

                                        Respectfully submitted,

                                        /s/ Susan G. Fentin
                                        Susan G. Fentin, Esq.
                                        BBO No. 632962
                                        Counsel for Defendant
                                        Skoler, Abbott & Presser, P.C.
                                        One Monarch Place, Suite 2000
                                        Springfield, Massachusetts  01144
                                        Tel.: (413) 737-4753
Dated:  July 20, 2004                  Fax: (413) 787-1941

### CERTIFICATE OF SERVICE

     I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Hugh D. Heisler at Heisler, Feldman & McCormick, P.C., 1145 Main Street, Suite 508, Springfield, MA 01103, by first-class, U.S. mail, postage prepaid on July 20, 2004.

                                        /s/ Susan G. Fentin
                                        Susan G. Fentin, Esq.