UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
CARON LaBRECQUE, \*
\*
       Plaintiff, \*
\*
v.                                                  \*       CIVIL ACTION NO. 04-30089-KPN
\*
HAMPSHIRE COMMUNITY ACTION \*
COMMISSION, INC., \*
\*
       Defendant. \*
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **NOTICE OF APPEARANCE**

    NOW COMES Skoler, Abbott & Presser, P.C., by Susan G. Fentin, Esq., and hereby notices its Appearance as counsel for the Defendant, HAMPSHIRE COMMUNITY ACTION COMMISSION, INC., in the above-referenced matter.

                                              Respectfully submitted,

                                              /s/ Susan G. Fentin
                                              Susan G. Fentin, Esq.
                                              BBO No. 632962
                                              Counsel for Defendant
                                              Skoler, Abbott & Presser, P.C.
                                              One Monarch Place, Suite 2000
                                              Springfield, Massachusetts  01144
Dated:  July 27, 2004                    Tel.: (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Hugh D. Heisler at Heisler, Feldman & McCormick, P.C., 1145 Main Street, Suite 508, Springfield, MA 01103, by first-class, U.S. mail, postage prepaid on July 27, 2004.

                                              /s/ Susan G. Fentin
                                              Susan G. Fentin, Esq.