AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

CARON LABRECQUE,

v.

THE HAMPSHIRE COMMUNITY ACTION COMMISSION, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30089-KPN

TO: (Name and address of defendant)

Alan Sax
Executive Director
Hampshire Community Action Commission, Inc.
557 Eastampton Road
Northampton, MA 01060

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Hugh D. Heisler, Esq.
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103
(413) 788-7988

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  5/11/04

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

**Office of the Sheriff** • P.O. Box 684 • Northampton, MA 01061 • 585-0618
**Hampshire, ss.**

July 12, 2004

I hereby certify and return that on 7/9/2004 at 11:45 am I served a true and attested copy of the SUMMONS & COMPLAINT WITH NOTIFICATION in this action in the following manner: To wit, by delivering in hand to L. DRZNOWSKI, OFFICE MANAGER AND PERSON IN CHARGE AT THE TIME OF SERVICE FOR HAMPSHIRE COMMUNITY ACTION COMMISSION, INC. at 557 EASTHAMPTON ROAD, NORTHAMPTON, MA 01060. In the service hereof, it was necessary and I actually used a motor vehicle 10 miles. Basic Service in hand ($30.00), Conveyance ($1.50), Travel ($8.96), Copies ($2.00), Attest ($5.00) Total Charges $47.46

_____
Deputy Sheriff

Deputy Sheriff STEPHEN E. ZAHN

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date              Signature of Server

              _____
              Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.