UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
                                    *
CARON LaBRECQUE,                    *
                                    *
            Plaintiff,              *
                                    *
v.                                  *    CIVIL ACTION NO. 04-30089-MAP
                                    *
HAMPSHIRE COMMUNITY ACTION          *
COMMISSION, INC.,                   *
                                    *
            Defendant.              *
                                    *
*************************************
```

## DEFENDANT'S ASSENTED TO REQUEST TO CONTINUE SCHEDULING CONFERENCE

The Defendant in the above-captioned matter, Hampshire Community Action Commission, hereby requests that the Scheduling Conference set for November 16, 2004, be continued to another date at the convenience of the court. As support for this Request, the Defendant states as follows:

1. Counsel for the Defendant, Attorney Susan G. Fentin, will be at trial at Worcester County Superior Court the week of November 15, 2004.

2. Counsel for the Defendant has contacted Counsel for the Plaintiff, Hugh D. Heisler, who represents that he does not have an objection to this Request for a Continuance.

WHEREFORE, the Defendant respectfully requests the court to reschedule the Scheduling Conference from November 16, 2004, to another date at the convenience of the court.

                                                      Respectfully submitted,

                                                      /s/ Susan G. Fentin
                                                      Susan G. Fentin, Esq.
                                                      BBO No. 632962
                                                      Counsel for Defendant
                                                      Skoler, Abbott & Presser, P.C.
                                                      One Monarch Place, Suite 2000
                                                      Springfield, Massachusetts  01144
Dated:  October 12, 2004               Tel.: (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

     I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Hugh D. Heisler at Heisler, Feldman & McCormick, P.C., 1145 Main Street, Suite 508, Springfield, MA 01103, by first-class, U.S. mail, postage prepaid on October 12, 2004.

                                                      /s/ Susan G. Fentin
                                                     Susan G. Fentin, Esq.