✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS _____

| CARON LEBRECQUE | **NOTICE** |
|---|---|
| V. | |
| HAMPSHIRE COMMUNITY ACTION COMM. | CASE NUMBER:   04-30089-MAP |

TYPE OF CASE:

☒  **CIVIL**          **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
| | November 22, 2004, at 2:30 p.m. |

| TYPE OF PROCEEDING |
|---|
| INITIAL SCHEDULING CONFERENCE |

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| October 20, 2004 | /s/ *Bethaney A. Healy* |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:     ALL  COUNSEL OF RECORD