UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
:
CARON LaBRECQUE,                     :
                                     :
       Plaintiff,                  :
                                     :
V.                                   :   Civil Action No. 04-30089 MAP
                                     :
HAMPSHIRE COMMUNITY ACTION           :
COMMISSION, INC.,                    :
                                     :
       Defendant.                  :
_____:

**JOINT PROPOSED PRETRIAL SCHEDULE**

Pursuant to L.R., D. Mass. 16.1(D), Plaintiff Caron LaBrecque ("Plaintiff"), and Defendant Hampshire Community Action Commission, Inc. ("Defendant"), submit the following Joint Proposed Pretrial Schedule:

      1.      The parties' initial disclosures pursuant to Fed. R. Civ. P. 26(a) shall be served on or before November 22, 2004.

      2.      All written discovery shall be served on or before January 31, 2005, and all responses thereto shall be due on the date when such responses are otherwise due under governing rules or by March 31, 2005, whichever is earlier. Notwithstanding this deadline, the parties agree that additional written discovery may be necessary as a result of information obtained during depositions. In the event those circumstances occur, written discovery will be served within ten days of the completion of the deposition, and responses will then be due as provided in the Federal Rules.

      3.      All non-expert depositions will be completed on or before July 1, 2005.

    4.    Plaintiff will serve disclosures and reports of all expert witnesses required under Fed. R. Civ. P. 26(a)(2) by August 1, 2005.

    5.    Defendants will serve disclosures and reports of all expert witnesses required under Fed. R. Civ. P. 26(a)(2) by September 1, 2005.

    6.    All expert witness depositions will be completed by November 1, 2005.

    7.    All motions for summary judgment will be filed on or before December 31, 2005.

    8.    Opposition to any Motion for Summary Judgment will be filed by January 31, 2005.  Any Reply to the Opposition will be filed by February 15, 2006.

    9.    Should Motions for Summary Judgment not be filed by the above date, or should any such motions be denied by the court in whole or in part, the court will convene another conference to explore settlement and to establish dates for a final pretrial conference and trial.

    Respectfully submitted,

| | |
|---|---|
| CARON LaBRECQUE | HAMPSHIRE COMMUNITY ACTION COMMISSION, INC. |
| By: /s/ Hugh D. Heisler | By: /s/ Susan G. Fentin |
| Hugh D. Heisler, Esq. | Susan G. Fentin, Esq. |
| BBO# 563925 | BBO# 632962 |
| Heisler, Feldman & McCormick, P.C. | Skoler, Abbott & Presser, P.C. |
| 1145 Main Street, Suite 508 | One Monarch Place, Suite 2000 |
| Springfield, MA 01103 | Springfield, MA 01144 |
| Ph: (413) 788-7988 | Ph: (413) 737-4753 |
| Fax: (413) 788-7996 | Fax: (413) 787-1941 |

Dated: November 18, 2004