UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARON LEBRECQUE,                        )
                     Plaintiff        )
                              )
        v.                              )          Civil Action No. 04-30089-MAP
                              )
                              )
HAMPSHIRE COMMUNITY ACTION     )
COMMISSION, INC.,                        )
                 Defendant      )

SCHEDULING ORDER
November 22, 2004

NEIMAN, U.S.M.J.

      The following schedule was established at the initial scheduling conference this

day:

     1.     All written discovery shall be served by January 31, 2005.

     2.     Non-expert depositions shall be completed by July 1, 2005.

     3.     Plaintiff shall designate and disclose information regarding her trial

           experts as required by FED. R. CIV. P. 26(a)(2) August 1, 2005.

     4.     Defendant shall designate and disclose information regarding its trial

           experts as required by FED. R. CIV. P. 26(a)(2) by September 1, 2005.

     5.     All expert depositions shall be completed by November 1, 2005.

     6.     Counsel shall appear for a case management conference on November 3,

           2005, at 10:30 a.m. in Courtroom Three.

     IT IS SO ORDERED.

                                  /s/ Kenneth P. Neiman
                                 KENNETH P. NEIMAN
                                 U.S. Magistrate Judge