UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
***************************************
                                       *
CARON LaBRECQUE,                       *
                                       *
            Plaintiff,                 *
                                       *
v.                                     *   CIVIL ACTION NO. 04-30089-MAP
                                       *
HAMPSHIRE COMMUNITY ACTION             *
COMMISSION, INC.,                      *
                                       *
            Defendant.                 *
                                       *
***************************************
```

## MOTION TO MODIFY SCHEDULING ORDER

The Defendant, Hampshire Community Action Commission, hereby request that the Scheduling Order be extended as follows: (1) that the deadline for non-expert discovery be extended for three (3) months resulting in non-expert discovery requests and depositions completed by September 29, 2005; (2) that the deadline for expert discovery be extended for three (3) months resulting in expert discovery requests and depositions completed by January 30, 2006; and (3) that the Case Management Conference currently scheduled for November 3, 2005, be rescheduled to a date after the completion of non-expert and expert discovery. The Defendant makes this request for the following good reasons:

1. Non-expert discovery in this matter is currently scheduled to close on July 1, 2005.
2. The Defendant needs additional time to complete non-expert discovery.
3. The Defendant is closing down operations and this has made responding to the Plaintiff's discovery requests very difficult. In addition, the Defendant has only just received Plaintiff's discovery responses and, accordingly, has been unable to schedule the Plaintiff's deposition.

Wherefore, the Defendant requests that all dates listed on the Scheduling Order in this matter be extended by three (3) months.

## CERTIFICATION

      Pursuant to D. Mass. L. Civ. Rule 7.1(a)(2), prior to filing the above Motion to Modify Scheduling Order, counsel for the Defendant, Susan G. Fentin's office left Plaintiff's counsel, Hugh D. Heisler, a voice mail message on June 17, 2005, to see if he had any objections to the filing of this Motion. To date, Plaintiff's counsel has not returned the phone call.

Respectfully Submitted,

/s/ Susan G. Fentin
Susan G. Fentin, Esq.
BBO No. 632962
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144

Dated: June 21, 2005                    Tel.: (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the above document was served upon Plaintiff's counsel, Hugh D. Heisler at Heisler, Feldman & McCormick, P.C., 1145 Main Street, Suite 508, Springfield, MA 01103, via electronic filing and first-class, U.S. mail, postage prepaid, on June 21, 2005.

/s/ Susan G. Fentin
Susan G. Fentin, Esq.