UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARON LABRECQUE, )
      Plaintiff )
 )
v. ) Civil Action No. 04-30089-MAP
 )
 )
HAMPSHIRE COMMUNITY ACTION )
COMMISSION, INC., )
      Defendant )

REVISED SCHEDULING ORDER
July 27, 2005

NEIMAN, U.S.M.J.

After hearing, the court hereby ALLOWS Defendant's motion to modify scheduling order as follows:

1. Non-expert depositions shall be completed by September 30, 2005.

2. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) October 31, 2005.

3. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by November 30, 2005.

4. All expert depositions shall be completed by December 30, 2005.

5. Counsel shall appear for a case management conference on January 10, 2006, at 10:00 a.m. in Courtroom Three. The November conference is cancelled.

IT IS SO ORDERED.

                                      /s/ Kenneth P. Neiman
                                      KENNETH P. NEIMAN
                                      U.S. Magistrate Judge

Case 3:04-cv-30089-MAP    Document 16    Filed 07/27/2005    Page 2 of 2