UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARON LABRECQUE,)
      Plaintiff)
)
v.) Civil Action No. 04-30089-MAP
)
)
HAMPSHIRE COMMUNITY ACTION)
COMMISSION, INC.,)
      Defendant)

SCHEDULING ORDER
January 10, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. Plaintiff shall file her motion for summary judgment by March 31, 2006, or inform the court in writing by that date that no such motion will be filed.

2. Defendant shall file its opposition to Plaintiff's motion, if any, by April 21, 2006, and/or file their own motion or cross-motion for summary judgment by that date (or inform the court in writing by that date that no such motion will be filed).

3. Plaintiff shall oppose Defendants' motion for summary judgment, if any, by May 12, 2006.

IT IS SO ORDERED.

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge