UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARON LaBRECQUE, | : |
|        Plaintiff, | : |
| V. | :   Civil Action No. 04-30089 MAP |
| HAMPSHIRE COMMUNITY ACTION COMMISSION, INC., | : |
|        Defendant. | : |

JOINT MOTION TO AMEND
SCHEDULING ORDER

The parties to the above-entitled matter jointly move this Court to amend the scheduling order by extending existing deadlines by two months in order to afford the parties an opportunity to engage in formal mediation efforts with a professional mediator.

As grounds for this motion, the parties state as follows:

1. With the exception of one continued deposition of a treating physician, the parties have concluded all discovery in this matter.

2. Following informal settlement discussions between counsel for the parties in this matter, the parties have agreed to engage in a formal all-day mediation session with a professional mediator.

3. The parties have identified dates which are mutually convenient and are in the process of finalizing plans for the all-day mediation session.

4. In order to avoid the time and expense of preparing and responding to summary judgment motions in the event the parties are able to reach a settlement

of this matter through formal mediation, the parties respectfully request that the Scheduling Order entered by the court on January 12, 2006 be amended as follows:

    a.    Plaintiff's motion for summary judgment shall be filed on or before May 31, 2006.

    b.    Defendant's Opposition and/or cross-motion for summary judgment shall be filed by June 21, 2006.

    c.    Plaintiff's reply and/or opposition to Defendant's cross-motion for summary judgment shall be filed by July 12, 2006.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| PLAINTIFF CARON LaBRECQUE | DEFENDANT HAMPSHIRE COMMUNITY ACTION COMMISSION, INC. |
| By: __/s/ Hugh D. Heisler__ | By: __/s/ Susan G. Fentin__ |
| Hugh D. Heisler, Esq. | Susan G. Fentin, Esq. |
| BBO# 563925 | BBO# 632962 |
| Heisler, Feldman & McCormick, P.C. | Skoler, Abbott & Presser, P.C. |
| 1145 Main Street, Suite 508 | One Monarch Place, Suite 2000 |
| Springfield, MA 01103 | Springfield, MA 01144 |
| Ph: (413) 788-7988 | Ph: (413) 737-4753 |
| Fax: (413) 788-7996 | Fax: (413) 787-1941 |

Dated: November 18, 2004