UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARON LaBRECQUE,<br><br>           Plaintiff,<br><br>V.<br><br>HAMPSHIRE COMMUNITY ACTION COMMISSION, INC.,<br><br>           Defendant. | Civil Action No. 04-30089 MAP |

## **STIPULATION OF DISMISSAL**

Having reached a settlement of all claims, the parties hereby stipulate to dismissal with prejudice of any and all claims asserted in the above-entitled matter.

Respectfully submitted,

| PLAINTIFF CARON LaBRECQUE | DEFENDANT HAMPSHIRE COMMUNITY ACTION COMMISSION, INC. |
|---|---|
| By: __/s/ Hugh D. Heisler__<br>Hugh D. Heisler, Esq.<br>BBO# 563925<br>Heisler, Feldman & McCormick, P.C.<br>1145 Main Street, Suite 508<br>Springfield, MA 01103<br>Ph: (413) 788-7988<br>Fax: (413) 788-7996 | By: __/s/ Susan G. Fentin__<br>Susan G. Fentin, Esq.<br>BBO# 632962<br>Skoler, Abbott & Presser, P.C.<br>One Monarch Place, Suite 2000<br>Springfield, MA 01144<br>Ph: (413) 737-4753<br>Fax: (413) 787-1941 |

Dated: June 16, 2006